*United States of America ex rel. The Tarbell Group, LLC v. Bristol TN-VA Association of Realtors, et al.*

Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Bristol TN-VA Association of Realtors | 501(c)(6) | 5504597101 | 1st | 12/27/2020 | 4/13/2020 | $8,400.00 | 7/15/2021 | $8,501.27 |
| Chattanooga Yacht Club | 501(c)(7) | 3145987305 | 1st | 3/11/2021 | 4/29/2020 | $31,400.00 | 12/3/2020 | $31,588.40 |
| Etowah Chamber of Commerce | 501(c)(6) | 7219417104 | 1st | 12/27/2020 | 4/14/2020 | $8,221.17 | 11/5/2020 | $8,266.16 |
| Etowah Chamber of Commerce | 501(c)(6) | 6108158304 | 2nd | 12/27/2020 | 1/26/2021 | $8,221.17 | 9/1/2021 | $8,268.44 |
| Forest Hills Cemetery Association | 501(c)(13) | 4096207400 | 1st | 3/11/2021 | 5/8/2020 | $90,263.00 | 6/24/2021 | $91,265.92 |
| Fort Loudoun Yacht Club Inc. | 501(c)(7) | 2980157302 | 1st | 3/11/2021 | 4/29/2020 | $32,695.00 | 10/22/2020 | $32,850.86 |
| Fraternal Order of Police—Volunteer Lodge No. 2 | 501(c)(8) | 2972227408 | 1st | 3/11/2021 | 5/6/2020 | $62,722.00 | 2/19/2021 | $63,213.47 |
| Green Meadow Country Club Inc. | 501(c)(7) | 5999157001 | 1st | 3/11/2021 | 4/6/2020 | $141,000.00 | 4/5/2021 | $142,374.75 |
| Greenville Lodge No. 692 Loyal Order of Moose | 501(c)(8) | 1612547107 | 1st | 3/11/2021 | 4/10/2020 | $41,810.00 | 1/6/2021 | $42,110.80 |
| Home Builders Association of Greater Knoxville Inc. | 501(c)(6) | 2756397310 | 1st | 12/27/2020 | 4/29/2020 | $25,900.00 | 2/12/2021 | $26,045.13 |
| Home Builders Association of Greater Knoxville Inc. | 501(c)(6) | 7924178509 | 2nd | 12/27/2020 | 3/8/2021 | $24,190.00 | 11/2/2021 | $24,349.25 |
| Homebuilders Association of Greater Chattanooga | 501(c)(6) | 9012497903 | 1st | 12/27/2020 | 6/19/2020 | $46,300.00 | 5/5/2021 | $46,703.84 |

Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Homebuilders Association of Greater Chattanooga | 501(c)(6) | 1215058606 | 2nd | 12/27/2020 | 3/12/2021 | $46,339.72 | 11/26/2021 | $46,657.66 |
| Knoxville Academy of Medicine | 501(c)(6) | 6725057101 | 1st | 12/27/2020 | 4/14/2020 | $190,562.00 | 4/22/2021 | $192,451.74 |
| Knoxville Racquet Club Inc. | 501(c)(7) | 3058237207 | 1st | 3/11/2021 | 4/16/2020 | $126,517.50 | 1/12/2021 | $127,436.05 |
| Lakewood Golf & Country Club Inc. | 501(c)(7) | 3117257203 | 1st | 3/11/2021 | 4/16/2020 | $112,000.00 | 11/3/2020 | $112,600.44 |
| Oak Grove Cemetery Association | 501(c)(13) | 4029787410 | 1st | 3/11/2021 | 5/8/2020 | $15,954.00 | 10/28/2021 | $16,186.66 |
| River Bend Country Club Inc. | 501(c)(7) | 2668167202 | 1st | 3/11/2021 | 4/16/2020 | $126,197.00 | 8/5/2021 | $127,839.29 |
| Rogersville-Hawkins County Chamber of Commerce Inc. | 501(c)(6) | 8579557207 | 1st | 12/27/2020 | 4/28/2020 | $12,532.00 | 5/19/2021 | $12,661.85 |
| Shelbyville Lodge No. 2197 Loyal Order of Moose | 501(c)(8) | 4412967103 | 1st | 3/11/2021 | 4/13/2020 | $3,920.00 | 11/12/2020 | $3,942.54 |
| Signal Mountain Golf and Country Club | 501(c)(7) | 1153467205 | 1st | 3/11/2021 | 4/15/2020 | $242,755.00 | 11/3/2020 | $244,063.18 |
| Spring City Chamber of Commerce | 501(c)(6) | 8456957307 | 1st | 12/27/2020 | 5/1/2020 | $2,800.00 | 7/21/2021 | $2,833.68 |
| Tennessee Valley Public Power Association Inc. | 501(c)(6) | 6484827105 | 1st | 12/27/2020 | 4/14/2020 | $570,105.00 | 5/21/2021 | $576,233.63 |
| Tullahoma Chamber of Commerce | 501(c)(6) | 5357667206 | 1st | 12/27/2020 | 4/27/2020 | $22,800.00 | 2/11/2021 | $22,981.77 |



Case 1:25-cv-00111-TRM-MJD Document 1-7 Filed 04/02/25 Page 2 of 2 PageID #: 81