**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| United States of America ex rel.<br>The Tarbell Group, LLC,<br><br>Plaintiff<br><br>v.<br><br>Bristol TN-VA Association of Realtors, et al.,<br><br>Defendants | Case no. 1:25-cv-111-TRM-MJD |

**RELATOR'S MOTION FOR LEAVE TO FILE CONSOLIDATED OPPOSITION TO MOTIONS TO DISMISS**

Plaintiff-Relator The Tarbell Group, LLC ("Relator") respectfully moves for leave to file a consolidated opposition to defendants' motions to dismiss, with a due date of July 8, 2026.

Six defendants have moved to dismiss the complaint, and others may follow. ECF Nos. 52, 62, 70, 73. The motions thus far filed have raised identical, overlapping defenses, with respect to which all defendants are similarly situated: failure to meet the pleading standards of Fed. R. Civ. P. 8 or 9(b), and the public disclosure bar, 31 U.S.C. § 3730(e)(4)(A). ECF Nos. 52, 63, 71, 73.

Judicial economy would be served by permitting Relator to file a single brief in opposition, thus sparing it the need to draft and file multiple substantially similar briefs, and sparing the Court the need to read them. Therefore, Relator respectfully moves the Court to permit it to file a single, consolidated brief in opposition to all motions to dismiss, due 21 days from the date the final motion to dismiss is filed or due. That date is July 8, 2026, based on stipulations and consent motions for extensions filed to date, the latest of which expire on June 17. ECF Nos. 59, 76.

Relator consented to extensions of time to respond to the complaint for all six defendants who have moved for dismissal. Of those six, one has not consented to Relator's proposed consolidated opposition and July 8 deadline (Fort Loudoun Yacht Club), one has consented (Home Builders Association of Greater Knoxville, Inc.), and the remainder have not responded to Relator's inquiries.

Because Relator's earliest deadline to oppose a motion to dismiss (Fort Loudoun Yacht Club's) is in 13 days, on June 2, Relator respectfully requests that the Court rule on this motion prior to the expiration of the default 14-day response time pursuant to Fed. R. Civ. P. 6(b)(1)(A) and E.D. Tenn. L.R. 7.2.

Respectfully submitted,

/s/

Bruce Ellis Fein
Virginia State Bar No. 44049
Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*