IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

UNITED STATES ex. rel )
THE TARBELL GROUP, LLC )
)
    Plaintiff, )
)
v. ) Case No. 1:25-cv-111-TRM-MJD
)
) District Judge McDonough
KNOXVILLE ACADEMY OF ) Magistrate Judge Dumitru
MEDICINE )
)
    Defendant

## **Motion to Dismiss**

Defendant Knoxville Academy of Medicine moves this Court to dismiss The Tarbell Group, LLC's Complaint with prejudice because (1) the False Claims Act ("FCA") claims are barred by the FCA's public-disclosure bar, 31 U.S.C. § 3730(e)(4)(A), (2) the Complaint fails to meet the pleading standards under Fed. R. Civ. P. 8(a) and 12(b)(6), and (3) the Complaint fails the heightened pleading standards under Fed. R. Civ. P. 9(b).

Because the Complaint is not tailored to specific defendants, the defendants have virtually identical grounds to dismiss. Accordingly, to promote judicial economy, the Knoxville Academy of Medicine moves to join and adopt the motions to dismiss filed by codefendants.[1]

---

[1] Doc. 52 Motion to Dismiss by Fort Loudon Yacht Club, Inc.; Docs. 62, 63 Defendants Lakewood Golf and Country Club, River Bend Country Club, Inc., and the Tullahoma Chamber of Commerce's Motion to Dismiss; Docs. 70-71 Defendant Knoxville Raquet Club, Inc.'s Motion to Dismiss; Doc. 73 Home Builders Association of Greater Knoxville, Inc. Motion to Dismiss and Memorandum in Support

## I.      Factual Background

The Knoxville Academy of Medicine is a well-respected, long established, nonprofit entity serving East Tennessee physicians and the community. As pled in paragraph 8 of the Complaint, Knoxville Academy of Medicine is a tax exempt 501(c)(6) organization. Relator filed a qui tam action in the Eastern District of Tennessee against multiple entities, including KAM, alleging they violated the False Claims Act by obtaining PPP loans despite being ineligible at the time they applied and certified eligibility. It appears that the Complaint is based on a claim that KAM applied for a PPP loan during the time when 501(c)(3) organizations were eligible but before (c)(6) organizations became eligible in December 2020. See Complaint, Pars. 30. The chart attached to the Complaint states that KAM was approved for the loan in April 2020. See Doc. 1-7.  Nothing else specific to KAM is pled in the Complaint.

## II.      The Public Disclosure Bar Requires Dismissal

The False Claims Act ("FCA") claims are barred by the FCA's public-disclosure bar, 31 U.S.C. § 3730(e)(4)(A). The Complaint is based on public information that is available on government and news websites. Relator adds no additional information to the publicly disclosed details.  The Tarbell Group was not in existence at the time of the alleged conduct and has no ability or access to non-public information.

As with the other defendants, KAM asks the Court to take judicial notice of the fact that information relating to KAM's PPP loan is readily available on government websites including pandemicoversight.gov:



The Knoxville Academy of Medicine respectfully moves to join and adopt the arguments regarding the public disclosure bar set out in Doc. 63 at pp. 6-13, PageID##403-410.

III.     **The Complaint Fails to Meet the Pleading Requirements of Rules 8(a) and 12(b)(6)**

The Complaint fails to meet the pleading standards under Fed. R. Civ. P. 8(a) and 12(b)(6). The Complaint tracks the FCA's statutory language with no specific alleged facts to support a plausible claim for relief as to KAM. As such, the complaint cannot survive under Rules 8(a) and 12(b)(6). The False Claims Act imposes civil liability for "knowingly present[ing] . . . a false or fraudulent claim" to the government "for payment or approval." 31 U.S.C. § 3729(a)-(b). The FCA defines "knowingly" to mean that a person "(i) has actual knowledge of the information; (ii) acts in deliberate ignorance of the truth or falsity of the information; or (iii) acts in reckless disregard of the truth or falsity of the information." See 31 U.S.C. § 3729(b)(1)(A).

There are no specific allegations in the Complaint indicating a false claim was made with actual knowledge, deliberate ignorance or reckless disregard. A mistake as to when and whether an entity became eligible for a PPP loan would not violate the False Claims Act.

The Knoxville Academy of Medicine respectfully moves to join and adopt the arguments regarding the Complaint's failure to meet pleading requirements set out in Doc. 63 at pp. 13-14, PageID##410-411.

## IV. The Complaint Fails to Meet Rule 9(b)'s Heightened Pleading Standard

The pleading of fraud-based claims is governed by Rule 9 of the Federal Rules of Civil Procedure, which provides that, "[i]n alleging fraud or mistake, a party must state with particularity the circumstances constituting fraud or mistake." Fed. R. Civ. P. 9(b).

The complaint falls short of the heightened pleading standards under Fed. R. Civ. P. 9(b). Because an FCA matter involves allegations of fraud, Rule 9(b) applies. Under that rule, a plaintiff must state with particularity the circumstances of the alleged fraud and allege details about the time, place and content of the alleged false statement. The Complaint contains nothing to indicate that any act or circumstance related to KAM that indicates conduct that would violate the False Claims Act.

The Knoxville Academy of Medicine respectfully moves to join and adopt the arguments regarding the Complaints failure to meet the heightened pleading requirements set out in Doc. 63 at pp. 14-17, PageID##411-414.

## V. Certification of Counsel

Counsel certifies that Defendant's counsel conferred with plaintiff's counsel regarding the complaint and this motion. Counsel were unable to agree that the issues raised are curable by a permissible amendment.

## VI. Conclusion

For the foregoing reasons, Defendant Knoxville Academy of Medicine respectfully asks the Court to grant its motion and enter an order dismissing the Complaint with prejudice.

Respectfully submitted,


/s/ Wade V. Davies
WADE V. DAVIES [BPR #016052]
The Davies Law Firm, PLLC
800 S. Gay Street, Suite 700
Knoxville, TN 37929
(865) 686-6333
wdavies@wadedavies.law

*Attorney for Knoxville Academy*
*of Medicine*