**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THE TARBELL GROUP LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRISTOL TN-VA ASSOCIATION OF REALTORS, *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-111<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Michael J. Dumitru |

---

**ORDER**

---

Before the Court is Plaintiff-Relator The Tarbell Group, LLC's ("Tarbell") motion for leave to file a consolidated opposition to Defendants' motions to dismiss on or before July 8, 2026 (Doc. 78). Defendant Fort Loudon Yacht Club ("Fort Loudon") has responded in opposition to Tarbell's motion (*see* Doc. 86), Defendant Home Builders Association of Greater Knoxville, Inc. does not oppose the motion (*see* Doc. 78, at 2), and the remainder of Defendants who have filed motions to dismiss have not responded. The Court will rule on Tarbell's motion before it is ripe, because its deadline to respond to Fort Loudon's motion to dismiss is June 1, 2026. *See* (Doc. 52); E.D. Tenn. L.R. 7.2 ("Under exceptional circumstances, the Court may act upon a motion prior to the expiration of the response time.").

Fort Loudon opposes a consolidated response because it seeks a faster resolution of its motion to dismiss. (*See* Doc. 86.) However, the Court finds that a consolidated response is appropriate here. As Plaintiff notes, Defendants have advanced overlapping arguments. (*See* Docs. 52, 63, 71, 73, 80, 83, 88.) The Court is inclined to resolve the pending motions to

dismiss together because of these overlapping arguments. Thus, allowing for a consolidated response will not affect the time it takes the Court to resolve Fort Loudon's motion, as Fort Loudon will have to wait for the Court's ruling on the other pending motions to dismiss regardless.

Tarbell's motion for leave to file a consolidated response to the pending motions to dismiss (Doc. 78) is **GRANTED**. Tarbell **SHALL** respond to all pending motions to dismiss on or before **July 8, 2026**. Tarbell may move for leave to file excess briefing to the extent it is needed. Tarbell is also **ON NOTICE** that it must still respond to each argument advanced by Defendants, and that a failure to respond to a distinct argument will be treated as a waiver of opposition.

**SO ORDERED.**

***/s/ Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**